POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Joseph R. Manning, Jr SBN #223381    Michael J Manning SBN 286879<br>— MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-200-8755       FAX NO. *(Optional)*: 866-843-8308<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff Carmen John Perri an individual | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 350 W 1st Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles CA 90012<br>BRANCH NAME: Western Division | |
| PLAINTIFF/PETITIONER: Carmen John Perri, an individual<br>DEFENDANT/RESPONDENT: Fantastic Cafe Studebacker Inc., a California corporation et al | CASE NUMBER:<br>2:19 cv 07597 JEM |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>ADAA – #5.10 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Certification and Notice of Interested Parties, Notice of Assignment, Notice to Counsel

3. a. Party served *(specify name of party as shown on documents served)*:

   Tri-Venture Inc., a California corporation

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Val Thomas Higginbotham – Agent for Service

4. Address where the party was served:
   1641 W Main Street Suite 205 Alhambra CA 91801

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                 (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 9/19/2019    at *(time)*: 1:06 PM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Tabor Chau– Office building receptionist authorized to accept.

   (1) [✓] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 9-20-19 from *(city)*: Nuehelm LA    or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Carmen John Perri, an individual | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Fantastic Cafe Studebacker Inc., a California corporation et al | 2:19 cv 07597 JEM |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*　　　　　　　　　　　　(2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* Tri- Venture Inc., a California corporation
    under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)　　　　　　　　　　☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)　　　　　　☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)　☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)　　　　☑ 416.90 (authorized person)
      ☐ 416.50 (public entity)　　　　　　　　　☐ 415.46 (occupant)
      　　　　　　　　　　　　　　　　　　　　☐ other:

7. **Person who served papers**
  a. Name: Adriana M Achucarro
  b. Address: 2390 E Orangewood Ave #530, Anaheim, CA 92806
  c. Telephone number: 949-305-9108
  d. **The fee** for service was: $ 69.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 2898
      (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 9/20/2019

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)　　　　　　　　　　▶　　　　(SIGNATURE)